Michael B. WOOLMAN, Appellant,

v.

State of NEBRASKA; Jon Bruning, Attorney General for Nebraska, Appellees.

No. 12–1139.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2012.

Filed: May 3, 2012.

Michael B. Woolman, Lincoln, NE, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

In this action brought pursuant to 42 U.S.C. § 1983, Michael Woolman appeals the district court's[1] preservice dismissal of his complaint without prejudice. Upon careful de novo review, we find no basis for reversal. *See Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam)

(standard of review); *see also Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (while pro se complaint should be liberally construed, it still must allege facts to support claims advanced; court will not supply facts or construct legal theory for plaintiff).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Woolman's pending motion to compel discovery.

---

[1]. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.